# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDWARD SKARDA, <br><br> Plaintiff, <br><br> v. <br><br> HOSPITALITY LOGISTICS INTERNATIONAL, LLC, d/b/a HLI GOVERNMENT SERVICES, <br><br> Defendant. | Case No. 21-cv-00004 <br><br> Judge Robert W. Gettleman |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

NOW COMES Plaintiff, Edward Skarda, and pursuant to Federal Rule of Civil Procedure 68, respectfully move the Court for an entry of judgment against the Defendant, HOSPITALITY LOGISTICS INTERNATIONAL, LLC, d/b/a HLI GOVERNMENT SERVICES in the sum of $30,000 the sum accepted by the Plaintiff in response to Defendant's offer of judgment. In support thereof, Plaintiff states as follows:

1. On or about December 17, 2021, Plaintiff accepted the Defendant's Federal Rule of Civil Procedure 68 offer to have judgment entered against Defendant Hospitality Logistics International, LLC and in favor of the Plaintiff Edward Skarda, in the pending civil lawsuit filed in the District Court for the Northern District of Illinois in the amount of $30,000 inclusive of attorney's fees and costs.

WHEREFORE, the Plaintiff Edward Skarda respectfully request the Court to enter an Order of Judgment against Defendant for $30,000.

Dated: January 19, 2022     **BALL & McCANN, P.C.**

By:/s/Drew R. Ball
    Drew R. Ball (IL # 6318371)
    Ball & McCann, P.C.
    161 N. Clark St., Suite 1600
    Chicago, IL 60601
    Telephone: (872) 205.6556
    E-mail: Drew@BallMcCannLaw.com

    **ATTORNEYS FOR PLAINTIFF**